IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv74

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for THE BANK of ASHEVILLE,<br><br>    Plaintiff,<br><br>v.<br><br>COLLIER DIMITRIS MARKET HOLDINGS, LLC, et al.,<br><br>    Defendants. | **ORDER** |

Pending before the Court is Plaintiff's Motion to Dismiss [#16]. Plaintiff moves the Court to dismiss the claims against Defendant Daniel P. Collier in this case. Plaintiff seeks to voluntarily dismiss Defendant Collier as a party to this action as a result of his discharge from bankruptcy. The Court **GRANTS** Plaintiff's motion [# 16]. The Court **DISMISSES** the claims against Defendant Daniel P. Collier and **DIRECTS** the clerk to terminate Daniel P. Collier as a party to this action.

Signed: February 9, 2012

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge