**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv74**

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver for **THE BANK of ASHEVILLE**, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**COLLIER DIMITRIS MARKET HOLDINGS, LLC**, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

Pending before the Court is Plaintiff's Motion to Dismiss [#16]. Plaintiff moves the Court to dismiss the claims against Defendant Daniel P. Collier in this case. Plaintiff seeks to voluntarily dismiss Defendant Collier as a party to this action as a result of his discharge from bankruptcy. The Court **GRANTS** Plaintiff's motion [# 16]. The Court **DISMISSES** the claims against Defendant Daniel P. Collier and **DIRECTS** the clerk to terminate Daniel P. Collier as a party to this action.

Signed: February 9, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge