IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:11-CV-74

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for THE BANK OF ASHEVILLE<br><br>Plaintiff,<br><br>v.<br><br>COLLIER DIMITRIS MARKET HOLDINGS, LLC, DANIEL P. COLLIER and NICHOLAS E. DIMITRIS,<br>Defendants. | **AFFIDAVIT AND VERIFICATION OF COMPLAINT** |

Sherry M. Martin, being of legal age and of sound mind and body, hereby testifies truthfully and under oath as follows:

1. I am employed by the Plaintiff in the capacity of Resolutions and Receiverships Specialist.

2. In my capacity as Resolutions and Receiverships Specialist, I am familiar with the books and records acquired by the Plaintiff when it was appointed Receiver for The Bank of Asheville by the North Carolina Commissioner of Banks on January 21, 2011. The books and records in question were made at or near the time of the matters therein recorded and were kept in the course of The Bank of Asheville's regularly conducted business activity, the regular practice of which was to keep such books and records. The facts stated in this affidavit are based on my personal knowledge acquired from the books and records of The Bank of Asheville, as described herein.

3. Based on my personal knowledge acquired from my review of the books and records of The Bank of Asheville as described above, the facts stated in the Complaint are true and correct.

4. The Plaintiff currently has possession of the original promissory note referenced in the Complaint, a true and correct copy of which is attached as Exhibit A to the Complaint.

5. The Note has not been endorsed, transferred, or assigned to a third party, and

remains payable to The Bank of Asheville, the original payee on the Note.

FURTHER AFFIANT SAYETH NOT.

This the 29 day of March, 2012.

By: Sherry M. Martin
Position: Resolutions and Receiverships Specialist

SWORN TO AND SUBSCRIBED before me this 29 day of March, 2012.

Notary Public
Print Name ______________________

[Notary Stamp/Seal]
My Commission Expires: ____________________

SUSAN C CONLEY
Notary Public - State of Florida
My Comm. Expires Apr 8, 2015
Commission # EE 59035
Bonded Through National Notary Assn.